IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                                                     CRIMINAL NO.  3:07cr109WHB-LRA

HEATHER M. PUCKETT

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, HEATHER M. PUCKETT, without prejudice.

                                               DUNN LAMPTON
                                               United States Attorney

Date:  November 13, 2008             s/Mary Helen Wall
                                      By:    MARY HELEN WALL
                                                    Assistant U.S. Attorney
                                                    Mississippi Bar No. 100857

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 14th day of November, 2008.

                                              s/William H. Barbour, Jr.
                                              UNITED STATES DISTRICT JUDGE